# Third District Court of Appeal

## State of Florida

Opinion filed June 16, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-2493
Lower Tribunal No. 13-10892
_____

**Reynaldo Perez, et al.,**
Appellants,

vs.

**Jesus V. Suarez,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Spencer Eig, Judge.

Leto Law Firm, and Matthew P. Leto, for appellants.

Lombana Hoelle Trial Law, and Maria Isabel Hoelle, Hector J. Lombana and Daniel R. Schwartz, for appellee.

Before SCALES, HENDON and GORDO, JJ.

PER CURIAM.

Affirmed.